**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Luis A. Duenas | Social Security number or ITIN  xxx–xx–1850 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–15895–JKS | |

# Order of Discharge                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Luis A. Duenas

6/28/19                                                                  **By the court:**  John K. Sherwood
                                                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-15895-JKS
Luis A. Duenas                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Jun 28, 2019
                              Form ID: 318             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.
```
db              Luis A. Duenas,    46 Paulison Ave,    Apt A,    Ridgefield Park, NJ 07660-1323
518137661       Best Buys Credit Services,    PO Box 78009,    Phoenix, AZ 85062-8009
518137663       Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
518137679       The Home Depot,    PO Box 790328,    Saint Louis, MO 63179-0328
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 29 2019 01:25:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 29 2019 01:25:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jun 29 2019 04:48:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518137659       EDI: CINGMIDLAND.COM Jun 29 2019 04:48:00      AT&T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
518137660      +EDI: TSYS2.COM Jun 29 2019 04:48:00      Barclays Bank Delaware,    po box 8803,
                 Wilmington, DE 19899-8803
518137662       EDI: CAPITALONE.COM Jun 29 2019 04:48:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
518137664      +EDI: WFNNB.COM Jun 29 2019 04:48:00      Commenity bank/victoria,    po box 182789,
                 Columbus, OH 43218-2789
518137665       EDI: RCSFNBMARIN.COM Jun 29 2019 04:48:00      Credit One Bank Na,    PO Box 98875,
                 Las Vegas, NV 89193-8875
518137666       EDI: TSYS2.COM Jun 29 2019 04:48:00      Dsnb/Macys,    91111 Duke Blvd,    Mason, OH 45040
518137667       E-mail/Text: bankruptcy.notices@hdfsi.com Jun 29 2019 01:25:59      Esb/Harley Davidson,
                 PO Box 21829,    Carson City, NV 89721-1829
518137668       E-mail/Text: bankruptcy.notices@hdfsi.com Jun 29 2019 01:25:59      Esb/Harley Davidson Cr,
                 PO Box 21829,    Carson City, NV 89721-1829
518137669       EDI: MERRICKBANK.COM Jun 29 2019 04:48:00      Merrick Bank,    PO Box 660702,
                 Dallas, TX 75266-0702
518137676       EDI: RMSC.COM Jun 29 2019 04:48:00      Syncb/Walmart,    PO Box 965024,   Orlando, FL 32896-5024
518137670      +EDI: RMSC.COM Jun 29 2019 04:48:00      Syncb/amazon,    po box 965015,   Orlando, FL 32896-5015
518137671      +EDI: RMSC.COM Jun 29 2019 04:48:00      Syncb/amer eagle,    po box 965005,
                 Orlando, FL 32896-5005
518137672      +EDI: RMSC.COM Jun 29 2019 04:48:00      Syncb/gap,    po box 965005,   Orlando, FL 32896-5005
518137673       EDI: RMSC.COM Jun 29 2019 04:48:00      Syncb/old navy,    PO Box 965005,
                 Orlando, FL 32896-5005
518137674      +EDI: RMSC.COM Jun 29 2019 04:48:00      Syncb/pay pal extras mc,    po box 965005,
                 Orlando, FL 32896-5005
518137675       EDI: RMSC.COM Jun 29 2019 04:48:00      Syncb/tjx cos,    PO Box 965015,   Orlando, FL 32896-5015
518138624      +EDI: RMSC.COM Jun 29 2019 04:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518137677       EDI: TDBANKNORTH.COM Jun 29 2019 04:48:00      TD Bank,    PO Box 8400,   Lewiston, ME 04243
518137678       EDI: WTRRNBANK.COM Jun 29 2019 04:48:00      TD Bank USA/target cred,    PO Box 673,
                 Minneapolis, MN 55440-0673
518137680       EDI: TFSR.COM Jun 29 2019 04:48:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054-4522
                                                                                              TOTAL: 23
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 28, 2019
                              Form ID: 318             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jeffrey Lester    jlester@bllaw.com, NJ19@ecfcbis.com
              Rafael  Gomez    on behalf of Debtor Luis A. Duenas gomez@gomezlegal.com,
               G26361@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```